PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE PIMENTAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-cr-00006-LJO-SKO |
|     Plaintiff, ) | |
|   vs. ) | |
| ) | STIPULATION AND ORDER TO |
| JOSE PIMENTAL, ) | CONTINUE STATUS CONFERENCE |
|     Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Jose Pimental, that the status conference scheduled for April 2, 2012, at 1:00 p.m. be vacated and the sentencing date be continued to this court's calendar on May 7, 2012 at 1:00 p.m. Further time is needed for plea negotiations and defense preparation.

    The court is advised that counsel have conferred about this request that they have agreed to the court date of May 7, 2012 and that Mr. Mohammed has authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including May 7, 2012.

Respectfully Submitted,

Dated: March 28, 2012 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
JOSE PIMENTAL

Dated: March 28, 2012 /s/ Yasin Mohammed
Yasin Mohammed
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current April 2, 2012 sentencing date is hereby vacated and reset to May 7, 2012.

IT IS SO ORDERED.

Dated: **March 28, 2012** /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE