PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE PIMENTAL

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>JOSE PIMENTAL,<br>        Defendant. | CASE NO. 1:12-cr-00006-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

    Stanislaus County Deputy District Attorney Frank Alvarez unfortunately passed away on May 13, 2012, and Defense counsel, Mr. Martinez, was asked to deliver the eulogy at the funeral on May 21, 2012, the same date counsel is scheduled to appear in this matter. The status of the case is that the parties are engaged in on-going plea negotiations that will likely go beyond the currently scheduled status conference date of May 21, 2012.

    As a result of the scheduling conflict and on-going plea negotiations, it is hereby stipulated by and between Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Jose Pimental, that the status conference scheduled for May 21, 2012, at 1:00 p.m. be continued to this court's calendar on June 4, 2012 at 1:00 p.m.

1

Furthermore, the parties agree and stipulate that time should be excluded up to and including June 4, 2012 under the Speedy Trial Act because the ends of justice accomplished by allowing for the defendant's continuity of counsel, defense preparation, and plea negotiations outweigh the defendant's and public's interest in a speedy trial.

The court is advised that counsel have conferred about this request that they have agreed to the court date of June 4, 2012 and that Mr. Mohammed has authorized Preciliano Martinez to sign this stipulation on their behalf.

Respectfully Submitted,

Dated: May 16, 2012

/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
JOSE PIMENTAL

Dated: May 16, 2012

/s/ Yasin Mohammed
Yasin Mohammed
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the status conference set for May 21, 2012 is hereby continued to June 4, 2012.

For the reasons stated in the motion, time is hereby excluded up to and including June 4, 2012 under the Speedy Trial Act because the ends of justice accomplished by allowing for the defendant's continuity of counsel, defense preparation, and plea negotiations outweigh the defendant's and public's interest in a speedy trial.

Dated: May 17, 2012                                    _/s/ Sheila K. Oberto___
                                                       Sheila K. Oberto
                                                       U.S. District Judge